FILED

SEP 1 6 2016

Page 1 of 5

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

Cynthia Braun )
_____ )
Plaintiff/Petitioner )
Jim Hartman Wake County )   Civil Action No. 5:16-CV-806-D
v. Government )
_____ )
Defendant/Respondent )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

### Affidavit in Support of the Application

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 09/16/16

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ about 800 avg prn only | $ | $ | $ |
| Self-employment | $ 0 | $ | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ | $ |
| Interest and dividends | $ 0 | $ | $ | $ |
| Gifts | $ 0 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child support | $ 0 | $ | $ | $ |

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ ∅ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ ∅ | $ | $ | $ |
| Unemployment payments | $ ∅ | $ | $ | $ |
| Public-assistance (such as welfare) | $ ∅ | $ | $ | $ |
| Other (specify): | $ ∅ | $ | $ | $ |
| Total monthly income: | $ 8·00    0.00 | $    0.00 | $    0.00 | $    0.00 |

PRN Status only

2.   List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Community Workforce Solutions | 3011 Falstaff Rd. Raleigh NC. 27610 | 04/19/16 – Present | $ about $800.00 PRN Status |
| | | | $ |

3.   List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.   How much cash do you and your spouse have? $ 3.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Mechanic and Farmers Bank | Checking | $ $3.00 | $ |
| State Employees Credit Union | Checking | $ .03 | $ |
| State Employees Credit Union | Share | $ 25.36 | $ |

Cant take this out per bank because I have none equity loan.

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
| --- | --- |
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ |
| Make and year: Nissan Altimal 2003 | |
| Model: Nissan Altima | |
| Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
| --- | --- | --- |
| Sonya Brown Anthony Brown | $ 29,000.00 | $ |
| | $ | $ |
| | $ | $ |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
| --- | --- | --- |
| | | |
| | | |
| | | |

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☑ Yes ☐ No <br> Is property insurance included? ☑ Yes ☐ No | $ 685.00 *now* <br> 750 *begin* | $ <br> 10/01/16 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* When I can pay on time and there is no late fees. | $ 315.00 | $ |
| Home maintenance *(repairs and upkeep)* | $ 100.00 | $ |
| Food | $ 200.00 | $ |
| Clothing | $ 100.00 | $ |
| Laundry and dry-cleaning | $ 25 | $ |
| Medical and dental expenses don't currently have insurance not able to see drs. need | $ | $ |
| Transportation *(not including motor vehicle payments)* to !! | $ 70 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 100.00 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: Can't think of none now was cancelled by the after numerous break-in | $ 45.00 | $ |
| Life: a red | $ 25.00 | $ |
| Health: ⊘ lost when terminated unjustly. | $ | $ |
| Motor vehicle: Geico | $ 65.00 | $ |
| Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
| Motor vehicle: Bank of america | $ ⊘ | $ |
| Credit card *(name):* JCPennies Belk | $ | $ |
| Department store *(name):* Chase NH and Company | $ | $ |
| Other: | $ ⊘ | $ |
| Alimony, maintenance, and support paid to others | $ ⊘ | $ |

Currently in collecting for some anything since being fired.

Case 5:16-cv-00806-D   Document 1   Filed 09/16/16   Page 4 of 5

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| Total monthly expenses: | $ 0.00 | $ 0.00 |

*Cant accurately assess need assiste, not able to mantan free fired*

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    □ Yes    □ No    If yes, describe on an attached sheet.

    *It is my prayer if apportunity is given unfortunately if isnt given to all Equally!*

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? □ Yes □ No ?

    If yes, how much?  $ _____

    If yes, state the attorney's name, address, and telephone number:

    *Not sure now. Dont have funds to pay an attorney but I know God will put people in my pathway to assist me.*

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?    □ Yes □ No

    If yes, how much?  $ _____

    If yes, state the person's name, address, and telephone number:

    *? See the above answered.*

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    *Despite my qualification and skills I have not been able to obtain a job. The mean spirted way in which I was fired have prevented me from getting unemployment or gainful employment to meet my financial obligations.*

13. Identify the city and state of your legal residence.

    Your daytime phone number: (919) 798-3226

    Your age: 46    Your years of schooling: *I have a bachlors*

    Last four digits of your social-security number: 1388

    *Degree and all course work completed for a Masters.*