UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CYNTHIA NARRELL BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| V. ) | **CASE NO. 5:16-CV-806-D** |
| ) | |
| WAKE COUNTY GOVERNMENT, ) | |
| JOHN HARTMAN, County Manager, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendants' motion to dismiss [D.E. 17] is GRANTED, and plaintiff's complaint is DISMISSED without prejudice.

**This Judgment Filed and Entered on July 12, 2017, and Copies To:**

| | |
|---|---|
| Cynthia Narrell Brown | (Sent to PO Box 26174 Raleigh NC 27611 via United States Mail) |
| Jennifer M. Jones | (via CM/ECF electronic notification) |
| Roger A. Askew | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| July 12, 2017 | (By) /s/ Nicole Briggeman |
| | Deputy Clerk |